| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
|   | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
|   | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | AMERICAN SHIP MANAGEMENT, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JON JENNINGS, | Case No.: C 04-0523-SC ARB |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | ORDER |
| AMERICAN SHIP MANAGEMENT, LLC and DOES 1 through 10, inclusive, | |
| Defendants. | |

WHEREAS, the parties to this action have agreed to a settlement of all claims;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that this action be dismissed with prejudice pursuant to FRCP 41(a)(1) with each party bear their own costs and fees and that endorsement of this agreement may be by counterpart signatures.

Dated: June 10, 2005

LAW OFFICES OF THOMAS SOKAT
Attorneys for Plaintiff, Jon Jennings

By: *[signature]* Thomas Sokat

Dated: June 8, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant
AMERICAN SHIP MANAGEMENT, LLC

By *[signature]* Terence S. Cox

STIPULATION OF DISMISSAL                    -1-                    No. C 04-0523-SC ARB

**IT IS SO ORDERED**
Senior Judge Samuel Conti